**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| GAINES MYER,<br><br>    Plaintiff,<br><br>  vs.<br><br>VINE ENERGY INC., ERIC MARSH, ANGELO ACCONCIA, H. PAULETT EBERHART, DAVID FOLEY, JOHN H. LEE, CHARLES M. SLEDGE, VINE ENERGY HOLDINGS LLC, HANNIBAL MERGER SUB, INC., HANNIBAL MERGER SUB, LLC, and CHESAPEAKE ENERGY CORPORATION,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | **Case No.: 1:21-cv-07742**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Gaines Myer ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: November 18, 2021    **BRODSKY SMITH**

      By: */s/ Evan J. Smith*
        Evan J. Smith
        240 Mineola Boulevard
        Mineola, NY  11501
        Phone:  (516) 741-4977
        Facsimile (561) 741-0626

        *Attorneys for Plaintiff*